# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAMIEN GREEN,<br><br>                Plaintiff,<br>v.<br><br>DR. KROW, NURSE BLOCK, DR. JEAN PIERRE, RN JENSEN, HSM MARCHANT, RN VICK, NURSE ROB, and JANE DOES,<br><br>                Defendants. | Case No. 19-CV-574-JPS<br><br>**ORDER** |

      Plaintiff filed this action on April 22, 2019. (Docket #1). The next day, the Clerk of the Court sent Plaintiff a letter, asking him to provide a motion for leave to proceed without prepayment of the filing fee, and a certified copy of his prisoner trust account statement for the previous six months, as required by the Prison Litigation Reform Act. (Docket #2). The letter warned that Plaintiff's failure to provide these items may result in the dismissal of this case. *Id.*

      On May 6, 2019, Plaintiff filed an incomplete version of his trust account statement, listing only the entries for April 2019. (Docket #5). That same day, the Clerk sent Plaintiff a second letter, reiterating that he needed to provide a certified copy of the trust account statement for the past six months, as well as the accompanying motion for leave to proceed without prepayment of the filing fee. (Docket #6). Plaintiff filed such a motion on May 16, 2019, but has not yet provided a correct copy of his trust account statement, despite being allowed ample time to procure the statement. The

Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to diligently prosecute it. Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 29th day of May, 2019.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge